UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 16164
   HAROLD R GREEN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2992
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/07/2006 and was confirmed 02/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 06/28/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | .00 | .00 | .00 |
| LARSON & ASSOCIATES PC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | SECURED | 305.79 | .00 | 42.45 |
| ATT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE AUTO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITI AUTO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 3530.00 | .00 | .00 |
| ILLINOIS SECRETARY OF ST | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | SPECIAL CLASS | NOT FILED | .00 | .00 |
| CONSOLIDATED COLLECTION | UNSEC W/INTER | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| EVERGREEN MEDICAL SPECIA | NOTICE ONLY | NOT FILED | .00 | .00 |
| FAIRVIEW PROPERTY | UNSEC W/INTER | 187.15 | .00 | .00 |
| FIRST PREMIER BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| FOUNDATION EMERGENCY SER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | NOTICE ONLY | NOT FILED | .00 | .00 |
| LINCOLN HERITAGE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PERFORMANCE FINANCIAL CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSEC W/INTER | 430.76 | .00 | .00 |
| ST BERNARDS EMERGENCY SV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SWIFT MS CARRIER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| UNITED BILLING SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| VILLAGE OF BRIDGEVIEW | UNSEC W/INTER | 250.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSEC W/INTER | 1097.08 | .00 | .00 |
| EMC MORTGAGE CORPORATION | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 366.19 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSEC W/INTER | 49.20 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16164 HAROLD R GREEN

```
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    2,954.00                    2,138.40
TOM VAUGHN               TRUSTEE                                      144.15
DEBTOR REFUND            REFUND                                         .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,325.00 | |
| PRIORITY | | .00 |
| SECURED | | 42.45 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,138.40 |
| TRUSTEE COMPENSATION | | 144.15 |
| DEBTOR REFUND | | .00 |
| TOTALS | 2,325.00 | 2,325.00 |

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 09/26/07

                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE